No. 70–5222. LATHROP ET AL. *v.* OKLAHOMA CITY HOUSING AUTHORITY ET AL. C. A. 10th Cir. Certiorari denied.

No. 70–5223. LIPSCOMB *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 70–5224. BULLOCK *v.* BLACKLEDGE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 70–5225. HALL *v.* CARDWELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 70–5226. SMALL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 70–5227. MAGEE *v.* SUPERIOR COURT OF MARIN COUNTY. C. A. 9th Cir. Certiorari denied.

No. 70–5230. LOPEZ *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 70–5232. REAMS *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 70–5234. McDONALD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 70–5235. DORROUGH *v.* TEXAS. C. A. 5th Cir. Certiorari denied.

No. 70–5237. MARTIN *v.* MICHIGAN; and
No. 70–5242. MARTIN *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 70–5238. WINTON *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 70–5239. BENNETT *v.* CARDWELL, WARDEN. C. A. 6th Cir. Certiorari denied.